UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 2:10-cr-71-FtM-36DNF

HONORI ALEXANDER JOHNSON

## NOTICE OF AVAILABILITY OF WITNESSES

COMES NOW the United States of America, by and through its undersigned

Assistant United States Attorney, in response to the Court's inquiry of March 8, 2011,

regarding the availability of witnesses (Doc. 37), hereby respectfully gives notice to the

Court that the government is available to proceed to trial during the trial weeks

beginning May 9, 2011, and May 23, 2011.

Furthermore, on March 8, 2011, the defendant requested a continuance of this

case to the May trial calendar due to the unavailability of a witness or expert.  (Doc. 37).

Although the government does not have an objection to such a request for the reasons

stated by defense counsel at the status hearing, the government would request that if

the Court were to grant such motion to continue this case to the May trial calendar that

the Court make a determination that "the ends of justice served by taking such action

outweigh the best interest of the public and the defendant in a speedy trial."  18 U.S.C.

§ 3161(h)(7)(A).

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By:  _s/ Yolande G. Viacava_
Yolande G. Viacava
Assistant United States Attorney
Florida Bar Number 0110310
2110 First Street, Suite 3-137
Fort Myers, Florida  33901
Phone: (239) 461-2200
Fax:   (239) 461-2219
E-Mail: yolande.viacava@usdoj.gov

2

**U.S. v. Honori Alexander Johnson**                    **Case No. 2:10-cr-71-FtM-36DNF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 11, 2011, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system which will send a notice of electronic

filing to the following:

Martin DerOvanesian
martin_derovanesian@fd.org

<u> s/Yolande G. Viacava         </u>
Yolande G. Viacava
Assistant United States Attorney