UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,  __
    Government X

v.                                            Case No.  2:10-cr-71-FtM-36DNF

HONORI ALEXANDER JOHNSON        __ Evidentiary
                                                    X  Trial
                                                    __ Other

    Defendant  __

| EXHIBIT LIST |||||
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 1 | | | | Samsung cellular telephone. |
| 2a - 2b composite | | | | CD containing two video files from the Samsung cellular telephone which depict a minor completely nude. |
| 3a - 3e composite | | | | Pictures taken of the residence. |
| 4 | | | | The white sock with a hole utilized to conceal cellular telephone. |
| 5 | | | | Certified copy of the birth certificate of the minor. |
| 6a - 6d composite | | | | Pictures of the Samsung cellular telephone, made in Korea. |
| 7a - 7e composite | | | | Pictures of the screen captures taken of the Samsung cellular telephone depicting the phone number of the telephone. |
| 8a - 8b composite | | | | Pictures taken of the sock that the Samsung cellular telephone had been concealed in at time of discovery. |
| 9 | | | | The memory card containing the two videos in the format that the cellular telephone used to produce video recordings.  This memory card permits the video recordings to be viewed on the cellular telephone. |
| 10 | | | | The signed Stipulated Facts for Bench Trial. |